819 F.2d 978
 William Boyd TUCKER, Petitioner-Appellant,
v.
Ralph KEMP, Warden, Georgia Diagnostic and Classification
Center, Respondent-Appellee.
 No. 87-8357.
 United States Court of Appeals,
Eleventh Circuit.
 May 26, 1987.
 
 Robert B. Remar, Remar and Graettinger, P.C., Atlanta, Ga., for petitioner-appellant.
 William B. Hill, Jr., Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee.
 Appeal from the United States District Court for the Middle District of Georgia; J. Robert Elliott, Judge.
 Before TJOFLAT, HATCHETT and ANDERSON, Circuit Judges.
 
 BY THE COURT:
 
 1
 Petitioner's application for certificate of probable cause is DENIED, opinion to that effect to issue on Wednesday, May 27, 1987. Petitioner's execution is stayed until 7:00 P.M., Thursday, May 28, 1987.